MAGISTRATE JUDGE Bowler

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10026-PBS |
| ) | |
| v.  ) | VIOLATIONS: |
| ) | |
| STEPHEN A. WILLIAMS, ) | 21 U.S.C. § 841(a)(1) and 860(a) |
| ) | Possession of Cocaine Base |
| Defendant.  ) | with Intent to Distribute |
| ) | Within 1000 Feet of a School |

INDICTMENT

COUNT ONE:   (21 U.S.C. Sections 841(a)(1) and 860(a) -
Possession with Intent to Distribute Cocaine Base
Within 1000 Feet of a School)

The Grand Jury charges that:

On or about September 4, 2003, at Boston in the District of Massachusetts,

**STEPHEN A. WILLIAMS,**

defendant herein, knowingly and intentionally possessed with intent to distribute, a quantity of cocaine base, a Schedule II controlled substance.

The Grand Jury further charges that the aforesaid offense involved five grams or more of a mixture or substance containing a detectable amount of cocaine base.

The Grand Jury further charges that this offense occurred within one thousand feet of a public middle school, to wit, the Lewis School.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 860(a).

## **FORFEITURE ALLEGATION**
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment,

**STEPHEN A. WILLIAMS,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the aforesaid offense, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: February 4, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
11:09A

4