UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Suffolk County

YOU ARE COMMANDED to have the body of Stephen A. Williams now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 25, on the 7th floor, on February 25, 2004 at 3:15 p.m., for the purpose of arraignment in the case of United States of America v. Stephen A. Williams, Criminal Number 04-10026-PBS.  And you are to retain the body of said Stephen A. Williams while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Stephen A. Williams to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 24th Day of February, 2004.


MARIANNE B. BOWLER
Chief United States Magistrate Judge

TONY ANASTAS, CLERK

By:_____/s/_____
SEAL      Dianalynn Saccoccio
          Deputy Clerk