## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: February 23, 2004 |
| Courtroom Clerk: Roland | Time In Court: 15 min |
| Case: USA v. Stephen Williams | Case Number: 04-10026-PBS |
| AUSA: Hamilton | Defense Counsel: Feldmen-Rumpler |
| PTSO/PO: Bob Riley | Recording Time: 12:25 P  Interpreter: |

## TYPE OF HEARING

| | |
|---|---|
| [X] **Initial Appearance**<br>[ ] Arrested:  [ ] on warrant  [ ] on probable cause<br>[ ] Defendant Sworn<br>[X] Advised of Charges<br>[X] Advised of Rights<br>[X] Requests Appointment of Counsel<br>[ ] Retained Counsel<br>[X] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Count ____<br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on unsecured bond with Conditions |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] _____ Status Conference<br>[ ] Other _____ |

## CONTINUED PROCEEDINGS

Arraignment    Date: 2/25/04    at 3:15 pm

## REMARKS

Case called, Counsel and Defendants appear for Initial Appearance, Gov't requests detention, Case continued, Defendant remanded to the custody of the US Marshal