Rec 2/19/04
(BR)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 04-10026-PBS |
| ) | |
| STEPHEN A. WILLIAMS,     ) | |
| ) | |
| Defendant.          ) | |

GOVERNMENT'S MOTION TO EXPEDITE
DEFENDANT'S INITIAL APPEARANCE

Now comes the United States of America, by and through the undersigned counsel, and moves this Honorable Court to schedule an initial appearance for defendant Stephen A. Williams in the above-captioned matter as soon as is convenient during the month of February, 2004. As grounds for its motion, the government sets forth the following:

1. A federal grand jury sitting in Boston, Massachusetts returned a one-count indictment against Stephen A. Williams ("Williams") on February 4, 2004, charging Williams with possessing with intent to distribute five grams or more of crack cocaine within a school zone on or about September 4, 2003. The government advised the District Court Clerk's Office that Williams is currently incarcerated at the Suffolk County House of Corrections.

2. The indictment against Williams was drawn to District Judge Patti B. Saris and to Chief Magistrate Judge Marianne B. Bowler. On or about February 10, 2004, the government was notified by Chief Magistrate Judge Bowler's deputy clerk that Williams' initial appearance had been scheduled for March 10, 2004 and that

a writ of *habeas corpus ad prosequendum* had been issued to have Williams brought to the federal courthouse in Boston on that date.

3.  The undersigned conferred with Chief Magistrate Bowler's deputy clerk and learned that Chief Magistrate Judge Bowler was not available to conduct an earlier initial appearance for Williams. Therefore, in consultation with Chief Magistrate Bowler's deputy clerk, the government is filing this motion, asking that Magistrate Judge Charles B. Swartwood III, in his capacity as the Emergency Magistrate Judge for the month of February, 2004, schedule an initial appearance for Williams as soon as is convenient during the month of February, 2004.

4.  The government intends to seek the detention of Williams pending a trial of the federal drug charge pending against him. However, the government has learned from the Suffolk County House of Correction that Williams is not scheduled to have a parole hearing until December of 2004 and that, absent a favorable parole decision, he is not due to be released until sometime in 2006. Therefore, pursuant to United States v. King, 818 F.2d 112 (1st Cir. 1987), the government does not anticipate that it will be necessary for Magistrate Judge Swartwood to hold a detention hearing if he grants the government's motion and schedules an initial appearance in Chief Magistrate Judge Bowler's absence.

5.  The government submits that Williams will suffer no prejudice if the Court grants the government's motion. On the

contrary, Williams will benefit insofar as he will receive notice of the federal charge as well as automatic discovery of the government's case against him earlier than would otherwise be the case.

For all the foregoing reasons, the government respectfully requests that Magistrate Judge Swartwood grant the government's motion by scheduling an initial appearance for Williams as soon as is convenient for the Court during the month of February, 2004 and by issuing a writ of *habeas corpus ad prosequendum* directing that Williams be transported to the federal courthouse in Boston on that date.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PATRICK M. HAMILTON
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3251

Date:     February 19, 2004