UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10026-PBS |
| STEPHEN A. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Count One of the Indictment.

In particular, the government will rely on one or the other of the following convictions:

    a September 24, 1998 conviction in Suffolk Superior Court, Docket Number SUCR1997-12198 for Trafficking in 14 grams or more but less than 27 grams of a Class B Controlled Substance, in violation of M.G.L. c. 94C, Section 32E(b)(1), for which the defendant was sentenced to imprisonment for three years to three years and a day;

    a September 24, 1998 conviction in Suffolk Superior Court, Docket Number SUCR1997-10655 for Trafficking in 14 grams or more but less than 27 grams of a Class B Controlled Substance, in violation of M.G.L. c. 94C, Section 32E(b)(1), for which the defendant was sentenced to imprisonment for three years to three years and a day;

    convictions on November 16, 1990 in Boston Municipal Court, Docket Numbers 90CR4290 and 90CR4574, for Possession with Intent to Distribute a Class B Controlled Substance, for which the defendant was sentenced to imprisonment for one year and for eighteen months, respectively; and

convictions on May 30, 1989 in Roxbury District Court, Docket Numbers 8902CR2092A, 8902CR1622A and 8902CR1622B, for Possession with Intent to Distribute a Class B Controlled Substance, Distribution of a Class B Controlled Substance and Conspiracy to Violate the Controlled Substances Act, for which the defendant was sentenced to imprisonment for eighteen months, which sentence was suspended until November 27, 1990 but the suspension of which was revoked and the defendant was ordered committed on December 28, 1992.

Because Count One involves five (5) grams or more of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the defendant is subject upon conviction on this count to a maximum sentence of life imprisonment, a mandatory minimum period of incarceration for ten years, a fine of up to four million dollars and supervised release for at least eight (8) years and for a maximum of life following any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(B).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Patrick M. Hamilton
PATRICK M. HAMILTON
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617)748-3251

Date:    February 23, 2003