**CJA 23**
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE

USA v.s. Steven Williams  FOR

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: N/A
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment
How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ 1,000   SOURCES Allied Gym Equipment

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $   DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: N/A
Creditors   Total Debt   Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Steven Williams