IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| STEPHEN A. WILLIAMS, | : CRIMINAL NO. 04-10026-PBS |
| Defendant. | : |

### ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, through the undersigned counsel, and files this Motion to Exclude Time Under the Speedy Trial Act. In support of its motion, the government states as follows:

1. On February 23, 2004, defendant Stephen A. Williams ("Williams") was arraigned on the Indictment in the above-captioned matter before Magistrate Judge Charles B. Swartwood III.

2. On or about March 25, 2004, the government provided automatic discovery to Williams through his counsel, Attorney Leslie Feldman-Rumpler.

3. On April 13, 2004, Attorney Feldman-Rumpler appeared before Chief Magistrate Judge Marianne B. Bowler for an Initial Status Conference and indicated that she needed additional time to prepare a letter requesting additional discovery from the government.

4. Attorney Feldman-Rumpler therefore asked that the next status conference be scheduled for May 27, 2004 at 2:30 p.m..

5. Chief Magistrate Judge Bowler then scheduled a Final Status Conference for that date and time, anticipating that the parties would then be able to advise the Court whether this matter will proceed to trial or will be resolved without a trial.

6. On behalf of Williams, Attorney Feldman-Rumpler agreed that the time until May 27, 2004 should be excluded for purposes of the Speedy Trial Act.

7. The period of time between February 23, 2004 and March 22, 2004 is excludable for purposes of the Speedy Trial Act pursuant to Local Rule 112.2(A)(2). An additional fourteen days thereafter is excludable pursuant to L.R. 112.2(A)(3). The ends of justice are served by allowing Williams additional time within which to prepare and serve a letter seeking additional discovery from the government and by allowing the parties additional time within which to determine whether the charges against Williams can be resolved without a trial. The ends of justice as just described outweigh the best interests of the public and of the defendant in a speedy trial.

8. Based on all the foregoing, the government respectfully submits that an order of excludable delay should issue for the period from February 23, 2004 up to and including May 27, 2004, pursuant to Local Rule 112.2(A) and 18 U.S.C. § 3161(8)(A).

Accordingly, the United States requests, with the assent of defendant Williams, that the Court grant this motion and exclude

for purposes of the Speedy Trial Act the period of time from February 23, 2004 up to and including May 27, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Date:     April 13, 2004

PATRICK M. HAMILTON
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3251

### CERTIFICATE OF SERVICE

I, Patrick M. Hamilton, do hereby certify that I caused this date a copy of the foregoing to be served by first-class mail upon Leslie Feldman-Rumpler, Esq., 101 Tremont Street, Boston, MA 02108, counsel for defendant Stephen A. Williams.

Date:     April 13, 2004

Patrick M. Hamilton