UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
v.                       )        CRIMINAL NO. 04-10026-PBS
                         )
STEPHEN A. WILLIAMS      )
                         )

## MOTION TO CONTINUE FINAL STATUS CONFERENCE AND TO EXCLUDE TIME

The Defendant, with the assent of the government, hereby requests this Honorable

Court to continue the Final Status Conference, previously scheduled for May 27, 2004, to

June 17. The Defendant states the following grounds in support of this motion:

1. Defense counsel was out of the country from May 5 through May 22, 2004, and is

not prepared to participate meaningfully in a final status conference in this matter by May

27.

2. Prior to filing this motion, defense counsel contacted AUSA Patrick Hamilton and

obtained the government's assent.

3. The parties also request that the additional time between May 27 and June 17 be

excluded for Speedy Trial purposes.

WHEREFORE, the Defendant respectfully requests this Honorable Court to allow the

within motion.

Respectfully submitted,

STEPHEN A. WILLIAMS
By his Attorney

Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 State Street, Ste. 708
Boston, MA  02108
(617) 728-9944

## CERTIFICATE OF SERVICE

The undersigned, counsel for the defendant, hereby certifies that the within
document has been served on all parties of interest.

5/24/04
Date

Leslie Feldman-Rumpler, Esq.

2