UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 21  A 11: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA   :
                           :
            v.             :
                           :   CRIMINAL NO. 04-10026-PBS
STEPHEN A. WILLIAMS,       :
                           :
            Defendant.     :

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, through the undersigned counsel, and files this Motion to Exclude Time Under the Speedy Trial Act. In support of its motion, the government states as follows:

1. On April 13, 2004, Attorney Feldman-Rumpler appeared on behalf of defendant Stephen A. Williams before Chief Magistrate Judge Marianne B. Bowler for an Initial Status Conference and indicated that she needed additional time to prepare a letter requesting additional discovery from the government. Attorney Feldman-Rumpler therefore asked that the next status conference be scheduled for May 27, 2004 at 2:30 p.m..

2. Prior to the May 27 status conference, Attorney Feldman-Rumpler asked that it be continued to June 17, 2004 because she still required additional time to prepare a letter requesting additional discovery from the government.

3. A few days before the June 17 status conference, Attorney Feldman-Rumpler served a discovery letter on the government, notified the Court that the defendant was not yet prepared to

report whether he wished to proceed to trial or wished to resolve the charges against him without a trial and, therefore, asked that the June 17 proceeding be deemed a further interim status conference.

4. At the June 17 status conference, Attorney Feldman-Rumpler requested that the defendant be given until July 22, 2004 to pursue the discovery request recently submitted to the government, to decide what, if any, dispositive motions he would file and to decide whether to proceed to trial or to enter a change of plea. Attorney Feldman-Rumpler also agreed that the period of time until July 22 should be excluded for purposes of the Speedy Trial Act.

5. Accordingly, the government respectfully submits that this Honorable Court should issue an order excluding for purposes of the Speedy Trial Act the period of time from May 27 through July 22, 2004 pursuant to 18 U.S.C. § 3161(h)(8)(A) on the grounds that the ends of justice are served by allowing the defendant additional time to pursue his discovery request, to decide whether to file any dispositive motions and to decide whether to proceed to trial and that the interests of justice outweigh the defendant's and the public's interest in a speedy trial.

For all the foregoing reasons, the United States requests, with the assent of defendant Williams, that the Court grant this

motion and exclude for purposes of the Speedy Trial Act the period of time from May 27, 2004 up to and including July 22, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Date:   June 21, 2004

By: /s/ Patrick M. Hamilton
PATRICK M. HAMILTON
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3251

**CERTIFICATE OF SERVICE**

I, Patrick M. Hamilton, do hereby certify that I caused this date a copy of the foregoing to be served by first-class mail upon Leslie Feldman-Rumpler, Esq., 101 Tremont Street, Boston, MA 02108, counsel for defendant Stephen A. Williams.

Date:   June 21, 2004

Patrick M. Hamilton