UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                   )<br>)<br>STEPHEN A. WILLIAMS            )<br>_____) | CRIMINAL NO. 04-10026-PBS |

## JOINT INTIAL STATUS REPORT

The parties hereby jointly report on the status of the above-captioned case, pursuant to Local Rule 116.5 as follows:

1. There are outstanding discovery issues not yet presented to the court. Defense counsel sent a letter requesting discovery on June 16, 2004. The government sent two letters in response on June 22 and 23, but defense counsel only learned of them in the course of communications with the government in preparing this status report. Based upon a review of those letters and further communications with the government, defense counsel anticipates filing one or more motions based upon the discovery requests to which the government has not produced or promised to produce responsive material. On July 16, 2004, defense counsel reviewed certain documents and photographs in the possession of the government, and the government has agreed to provide copies of those documents to defense counsel.

2. The government intends to provide the additional discovery set forth in its June 22 and 23 letters (namely, expert witness discovery 45 days before a firm trial date and any pertinent impeachment information it obtains concerning law enforcement witnesses it expects calling as witnesses during its case in chief).

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government requested notice of alibi by the defendant in its March 26, 2004 automatic discovery letter; the defendant has provided no such notice.

5. The defendant has not, and does not intend to, file any motion to sever or to suppress. The defendant may file a motion that requires a ruling by the District Court prior to trial, but has not yet made a determination as to any such motion. Defense counsel requests that a date for the filing of such motions be set after discovery has been completed.

6. Defense counsel requests that a date be set for the filing and hearing of discovery motions.

7. The parties have had some discussion about early resolution of the case, and those discussions have not been successful.

8. The parties agree that the period of time from the defendant's arraignment on February 23, 2004 through July 22, 2004 is excludable for purposes of the Speedy Trial Act.

9. The parties estimate that a trial of this matter would take approximately one week.

<table>
<tr><td>UNITED STATES OF AMERICA,<br>By its Attorney,</td><td>Respectfully submitted,<br><br>STEVEN WILLIAMS,<br>By his Attorney,</td></tr>
<tr><td>/s/ Patrick Hamilton<br>AUSA Patrick Hamilton<br>BBO #<br>Office of the United States<br>  Attorney<br>One Courthouse Way, Ste. 9200<br>Boston, MA 02210<br>(617) 748-3251</td><td>/s/ Leslie Feldman-Rumpler<br>Leslie Feldman-Rumpler, Esq.<br>BBO #555792<br>101 Tremont St., Ste. 708<br>Boston, MA 02108<br>(617) 728-9944</td></tr>
</table>

### CERTIFICATE OF SERVICE

The undersigned, counsel for the defendant, hereby certifies that the within document has been served on all parties of interest.

7/21/04
Date

Leslie Feldman-Rumpler, Esq.

3