Aug 20 04 03:39p   Atty. Thomu   (617) 482-2228

UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10026-PBS |
| ) | |
| v. ) | |
| ) | |
| STEPHEN A. WILLIAMS ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby serves notice of the withdrawal of her appearance on behalf of the defendant, Stephen Williams. Successor counsel is entering his appearance with this notice.

Respectfully submitted,

STEVEN WILLIAMS,
By his Attorney,

Leslie Feldman-Rumpler, Esq.
BBO #555792
101 Tremont St., Ste. 708
Boston, MA 02108
(617) 728-9944