# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-10026-PBS |
| ) | |
| STEVEN A. WILLIAMS ) | |

## NOTICE OF APPEARANCE

Kindly enter my appearance for the defendant, Steven Williams, in the above-entitled matter.

The defendant,
By his attorney,

_Harold H. Hakala_
Harold H. Hakala
15 Court Square
Boston, MA 02108
(617) 742-7040
BBO No. 216940

I hereby certify that a true copy of the above document was served upon the United States Attorney's Office, One Courthouse Way, Boston, MA 02210, and the attorney of record for each other party by mail/hand/fax.

_Harold H. Hakala_
Harold H. Hakala

LAW OFFICES OF
HAROLD H. HAKALA
15 COURT SQUARE
BOSTON, MA 02108
(617) 742-7040