```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**        :
                                    :
        v.                          :
                                    :   CRIMINAL NO. 04-10026-PBS
**STEPHEN A. WILLIAMS,**            :
                                    :
        **Defendant.**              :

**ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

    Comes now the United States of America, through the undersigned counsel, and files this Motion to Exclude Time Under the Speedy Trial Act. In support of its motion, the government states as follows:

    1.  On July 22, 2004, Attorney Feldman-Rumpler appeared on behalf of defendant Stephen A. Williams ("Williams") before Chief Magistrate Judge Marianne B. Bowler for a further Status Conference and reported that indicated that Williams had retained new counsel; that Attorney Harold Hakala would be filing an appearance; and that new counsel needed additional time to become familiar with the case. On Williams' behalf, she requested a further Status Conference be scheduled for September 10, 2004 and agreed to the exclusion of time for purposes of the Speedy Trial Act from July 22 through September 10, 2004.

    2.  On or about August 25, 2004, Attorney Harold Hakala filed his notice of appearance on behalf of Williams.

    3.  On or about September 9, 2004, the Court rescheduled the September 10 further Status Conference to September 13, 2004.

However, Attorney Hakala had a scheduling conflict on that date and, on or about September 13, 2004, filed an assented-to motion to continue the Status Conference from September 13 to September 20, 2004.  On behalf of Williams, Attorney Hakala also agreed that the period from September 13 through September 20, 2004 constituted excludable delay for purposes of the Speedy Trial Act.

    4.  On September 20, 2004, the Court held a further Status Conference, at which time Attorney Hakala indicated that he needed more time to complete his review of the case file and further indicated that Williams is currently serving a county House of Correction sentence.  Attorney Hakala requested that a further Status Conference be scheduled for October 25, 2004 and agreed to the exclusion of time until that date for purposes of the Speedy Trial Act.

    5.  Accordingly, the government respectfully submits that this Honorable Court should issue an order excluding for purposes of the Speedy Trial Act the period of time from July 22 through October 25, 2004 pursuant to 18 U.S.C. § 3161(h)(8)(A) on the grounds that the ends of justice are served by allowing the defendant's retained counsel additional time to complete his review of the case file and to decide whether to proceed to trial and that the interests of justice outweigh the defendant's and the public's interest in a speedy trial.

For all the foregoing reasons, the United States requests, with the assent of defendant Williams, that the Court grant this motion and exclude for purposes of the Speedy Trial Act the period of time from July 22, 2004 up to and including October 25, 2004.

Respectfully submitted,

| | |
|---|---|
| ASSENTED-TO<br>STEPHEN A. WILLIAMS<br>By his Attorney<br><br>/s Harold Hakala/PMH<br>HAROLD H. HAKALA, ESQ.<br>Suite 1150<br>Court Square<br>Boston, MA 02108<br>(617) 742-7040<br><br>Date:    June 21, 2004 | MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY<br><br>/s Patrick Hamilton/<br>PATRICK M. HAMILTON<br>Assistant U.s. Attorney<br>1 Courthouse Way, Suite 920015<br>Boston, MA 02210<br>(617) 748-3251 |