UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10026-PBS |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| STEPHEN A. WILLIAMS, ) | 21 U.S.C. § 841(a)(1) and 860(a) |
| ) | Possession of Cocaine Base |
| Defendant. ) | with Intent to Distribute |
| ) | Within 1000 Feet of a School |

### SUPERSEDING INDICTMENT

<u>COUNT ONE</u>:   (21 U.S.C. Sections 841(a)(1) and 860(a)-
Possession with Intent to Distribute Cocaine Base
Within 1000 Feet of a School)

The Grand Jury charges that:

On or about September 4, 2003, at Boston in the District of Massachusetts,

**STEPHEN A. WILLIAMS,**

defendant herein, knowingly and intentionally possessed with intent to distribute, a quantity of cocaine base, a Schedule II controlled substance.

The Grand Jury further charges that the aforesaid offense involved five grams or more of a mixture or substance containing a detectable amount of cocaine base.

The Grand Jury further charges that this offense occurred within one thousand feet of a public middle school, to wit, the Lewis School.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 860(a).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment,

**STEPHEN A. WILLIAMS,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the aforesaid offense, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## Notice Of Additional Factors

The Grand Jury further charges that:

1.  The defendant is responsible for at least 35, but less than 50, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(5) applies to the defendant.

2.  At the time that he committed the offense charged in Count One, the defendant was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

**A TRUE BILL**

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: October 28, 2004.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. __II__  Investigating Agency __DEA__

City __Boston__  **Related Case Information:**

County __Suffolk__  Superseding Ind./ Inf.  __X__  Case No. __04-10026-PBS__
Same Defendant  __X__  New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name __Stephen A. Williams__  Juvenile:  ☐ Yes  ■ No

Alias Name __Steven Williams__

Address __Suffolk County House of Correction__

Birthdate: __06/30/71__  SS # __025-562-493__  Sex: __Male__  Race: __African-American__  Nationalit __US__

**Defense Counsel if known:** __Harold Hakala__  Address __15 Court Square__

Bar Number  __Boston, MA 02108__

**U.S. Attorney Information:**

AUSA __Patrick M. Hamilton__  Bar Number if applicable

**Interpreter:**  Yes  X No  List language and/or dialect:

**Matter to be SEALED:**  Yes  X No

Warrant Requested  ☐ Regular Process  X In Custody

**Location Status:**

Arrest Date __September 4, 2003__

☐ Already in Federal Custody as of _____ in _____
X Already in State Custody at Suffolk County H of C  X Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__  Signature of AUSA: _____
Patrick M. Hamilton

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Stephen A. Williams

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §§ 841(a)(1) and 860(a) | Possession with intent to distribute cocaine base within 1,000 feet of a school | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____