# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                                        CR. NO. 04-10026-PBS

STEPHEN WILLIAMS

## *NOTICE*

November 2, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **Arraignment on the Superseding Indictment at 2:30 p.m., Thursday, November 10, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                       /s/
                                                       **MARIANNE B. BOWLER**
                                                       Chief  United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

\* **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**