UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 11-5-04
By _____
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. )
) NO. 04-CR-10026-PBS
STEPHEN A. WILLIAMS )
)

## ASSENTED-TO MOTION TO RESCHEDULE HEARING DATE

The defendant, through his attorney, Harold H. Hakala, respectfully requests that the Court reschedule the hearing date of November 10, 2004 to November 23, 2004 at 2:30 p.m. As grounds, therefore, counsel states that he has a conflict in his schedule for that date and cannot be present in Court. The defendant stipulates that the time from the date of this motion through the next scheduled date be excluded under the Speedy Trial Act.

The U.S. Attorney, through its undersigned counsel, assents to the allowance of this motion.

Respectfully submitted,

By: _____
Harold H. Hakala
Attorney for the Defendant
15 Court Square
Boston, MA 02108
BBO No. 216940

Donald K. Stern
United States Attorney

By: _____
Patrick M. Hamilton
Assistant U.S. Attorney

LAW OFFICES OF
HAROLD H. HAKALA
15 COURT SQUARE
BOSTON, MA 02108
(617) 742-7040

## CERTIFICATE OF SERVICE

I, Harold H. Hakala, attorney for the defendant, hereby certify that I served on this date, by postage, pre-paid, a copy of the within motion to Assistant U.S. Attorney Patrick M. Hamilton.

_____
Harold H. Hakala