UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Suffolk County

YOU ARE COMMANDED to have the body of STEPHEN WILLIAMS now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 25, on the 7th floor, on November 23, 2004 at 2:30 P.M., for the purpose of an arraignment on a superseding indictment in the case of United States of America v. STEPHEN WILLIAMS, Criminal Number 04-10026-PBS. And you are to retain the body of said STEPHEN WILLIAMS while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said STEPHEN WILLIAMS to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 22nd Day of November, 2004.

MARIANNE B. BOWLER
Chief United States Magistrate Judge


SEAL

TONY ANASTAS, CLERK

By: /s/DianalynnSaccoccio
   Dianalynn Saccoccio
   Deputy Clerk