```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA         :
                                 :
          v.                     :
                                 :    CRIMINAL NO. 04-10026-PBS
STEPHEN A. WILLIAMS,             :
                                 :
          Defendant.             :
```

### ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, through the undersigned counsel, and files this Motion to Exclude Time Under the Speedy Trial Act. In support of its motion, the government states as follows:

1. On October 28, 2004, a Superseding Indictment was returned against the defendant in the above-captioned matter. Chief Magistrate Judge Bowler scheduled an arraignment for November 10, 2004, which was continued upon the motion of Attorney Harold Hakala until November 23, 2004.

2. The defendant was arraigned on November 23, 2004, at which time Chief Magistrate Judge Bowler scheduled a final status conference for January 20, 2005 and the parties agreed to exclude the time from November 23, 2004 through January 20, 2005 for purposes of the Speedy Trial Act.

3. Pursuant to Rule 112.2(A)(2) of the Local Rules for the United States District Court for the District of Massachusetts, the first 28 days following the defendant's arraignment are excluded for purposes of the Speedy Trial Act.

For all the foregoing reasons, the United States requests, with the assent of defendant Williams, that the Court grant this motion and exclude for purposes of the Speedy Trial Act the period of time from November 23, 2004 up to and including January 20, 2005.

Respectfully submitted,

| | |
|---|---|
| ASSENTED-TO | MICHAEL J. SULLIVAN |
| STEPHEN A. WILLIAMS | UNITED STATES ATTORNEY |
| By his Attorney | |
| | /s Patrick Hamilton/ |
| /s Harold Hakala/PMH | PATRICK M. HAMILTON |
| HAROLD H. HAKALA, ESQ. | Assistant U.s. Attorney |
| Suite 1150 | 1 Courthouse Way, Suite 920015 |
| Court Square | Boston, MA 02210 |
| Boston, MA 02108 | (617) 748-3251 |
| (617) 742-7040 | |

Date:     January 5, 2005