UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 04-10026-PBS |
| **STEPHEN A. WILLIAMS,** : | |
| : | |
| Defendant. : | |

### ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, through the undersigned counsel, and files this Motion to Exclude Time Under the Speedy Trial Act. In support of its motion, the government states as follows:

On January 20, 2005, the parties attended a Status Conference before Magistrate Judge Bowler, at which time defense counsel requested more time to address a few remaining discovery or housekeeping issues as successor counsel. At defense counsel's request, the Court scheduled another Status Conference for March 4, 2005 at 10:00 a.m.. The parties agreed to exclude the time from January 20, 2005 through March 4, 2005 for purposes of the Speedy Trial Act.

For all the foregoing reasons, the United States requests, with the assent of defendant Williams, that the Court grant this motion and exclude for purposes of the Speedy Trial Act the period of time from January 20, 2005 up to and including March 4, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(A) on the grounds that the ends of justice are served by allowing the defendant's retained counsel

additional time to complete his review of the case file and/or discussions with predecessor counsel and to decide whether to proceed to trial and that the interests of justice outweigh the defendant's and the public's interest in a speedy trial.

                       Respectfully submitted,

| | |
|---|---|
| ASSENTED-TO | MICHAEL J. SULLIVAN |
| STEPHEN A. WILLIAMS | UNITED STATES ATTORNEY |
| By his Attorney | |
| | s/ Patrick Hamilton/ |
| s/ Harold Hakala/PMH | PATRICK M. HAMILTON |
| HAROLD H. HAKALA, ESQ. | Assistant U.s. Attorney |
| Suite 1150 | 1 Courthouse Way, Suite 920015 |
| Court Square | Boston, MA 02210 |
| Boston, MA 02108 | (617) 748-3251 |
| (617) 742-7040 | |

Date:     February 2, 2005