UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | |
| : | CRIMINAL NO. 04-10026-PBS |
| **STEPHEN A. WILLIAMS,**   : | |
| : | |
| Defendant.   : | |

**ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Comes now the United States of America, through the undersigned counsel, and files this Motion to Exclude Time Under the Speedy Trial Act for the period from March 4 through April 25, 2005. In support of its motion, the government states as follows:

On March 4, 2005, the parties attended a Status Conference before Magistrate Judge Bowler, at which time defense counsel requested more time to address a few remaining discovery or housekeeping issues as successor counsel. At defense counsel's request, the Court scheduled another Status Conference for April 25, 2005 at 2:30 p.m.. The parties agreed to exclude the time from March 4, 2005 through April 25, 2005 for purposes of the Speedy Trial Act.

For all the foregoing reasons, the United States requests, with the assent of defendant Williams, that the Court grant this motion and exclude for purposes of the Speedy Trial Act the period of time from March 4, 2005 up to and including April 25, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(A) on the grounds that the ends of justice are served by allowing the defendant's retained counsel

additional time to confer with the defendant in order to decide whether to proceed to trial and that the interests of justice outweigh the defendant's and the public's interest in a speedy trial.

                        Respectfully submitted,

| | |
|---|---|
| ASSENTED-TO | MICHAEL J. SULLIVAN |
| STEPHEN A. WILLIAMS | UNITED STATES ATTORNEY |
| By his Attorney | |
| | s/ Patrick Hamilton/ |
| s/ Harold Hakala/PMH | PATRICK M. HAMILTON |
| HAROLD H. HAKALA, ESQ. | Assistant U.s. Attorney |
| Suite 1150 | 1 Courthouse Way, Suite 920015 |
| Court Square | Boston, MA 02210 |
| Boston, MA 02108 | (617) 748-3251 |
| (617) 742-7040 | |

Date:    April 11, 2005