UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 04-10026-PBS |
| **STEPHEN A. WILLIAMS,** : | |
| : | |
| Defendant. : | |

### ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
### (April 25 through June 23, 2005)

Comes now the United States of America, through the undersigned counsel, and files this Motion to Exclude Time Under the Speedy Trial Act for the period from April 25 through June 23, 2005. In support of its motion, the government states as follows:

On April 25, 2005, counsel for the parties attended a Status Conference before Magistrate Judge Bowler, at which time defense counsel advised the Court that the defendant, who had been serving a sentence at the Suffolk County House of Correction, had waived extradition to California and is presently detained in the Twin Towers Correctional Facility in Los Angeles awaiting trial on arson charges.

Based on the foregoing, the Court scheduled a further status conference for June 23, 2005.

The parties agreed that, pursuant to 18 U.S.C. §3161(h)(1)(D), any period of delay resulting from the defendant's trial with respect to other charges pending against him is excludable for purposes of the Speedy Trial Act.

For all the foregoing reasons, the United States requests, with the assent of defendant Williams, that the Court grant this motion and exclude for purposes of the Speedy Trial Act the period of time from April 25, 2005 up to and including June 23, 2005 pursuant to 18 U.S.C. § 3161(h)(1)(D).

                      Respectfully submitted,

| | |
|---|---|
| ASSENTED-TO | MICHAEL J. SULLIVAN |
| STEPHEN A. WILLIAMS | UNITED STATES ATTORNEY |
| By his Attorney | |
| | s/ Patrick Hamilton/ |
| s/ Harold Hakala/PMH | PATRICK M. HAMILTON |
| HAROLD H. HAKALA, ESQ. | Assistant U.s. Attorney |
| Suite 1150 | 1 Courthouse Way, Suite 920015 |
| Court Square | Boston, MA 02210 |
| Boston, MA 02108 | (617) 748-3251 |
| (617) 742-7040 | |

Date:    April 29, 2005