UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 04-10026-PBS |
| **STEPHEN A. WILLIAMS,** : | |
| : | |
| Defendant. : | |

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
### (June 23, 2005 through at least October 19, 2005)

Comes now the United States of America, through the undersigned counsel, and files this Motion to Exclude Time Under the Speedy Trial Act for the period from June 23, 2005 through at least October 19, 2005. In support of its motion, the government states as follows:

On June 23 and October 3, 2005, counsel for the parties attended a Status Conference before Magistrate Judge Bowler, at which time counsel advised the Court that the defendant, who had been serving a sentence at the Suffolk County House of Correction, had waived extradition to California, had been detained in the Twin Towers Correctional Facility in Los Angeles awaiting trial on arson charges, had been convicted of arson, was facing a possible sentence of 25 years to life under California's "three strikes" law and was due to be sentenced in California state court on or about October 19, 2005.

The parties agree that, pursuant to 18 U.S.C. §3161(h)(1)(D), any period of delay resulting from the defendant's trial with

respect to other charges pending against him is excludable for purposes of the Speedy Trial Act.

For all the foregoing reasons, the United States requests, with the assent of defendant Williams, that the Court grant this motion and exclude for purposes of the Speedy Trial Act the period of time from June 23, 2005 up to and including the defendant's sentencing on October 19, 2005, or such later date as may be set by the court in California, pursuant to 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

| | |
|---|---|
| ASSENTED-TO | MICHAEL J. SULLIVAN |
| STEPHEN A. WILLIAMS | UNITED STATES ATTORNEY |
| By his Attorney | |
| | s/ Patrick Hamilton/ |
| s/ Harold Hakala/PMH | PATRICK M. HAMILTON |
| HAROLD H. HAKALA, ESQ. | Assistant U.s. Attorney |
| Suite 1150 | 1 Courthouse Way, Suite 920015 |
| Court Square | Boston, MA 02210 |
| Boston, MA 02108 | (617) 748-3251 |
| (617) 742-7040 | |

Date:    October 3, 2005