# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10026-PBS

UNITED STATES OF AMERICA

v.

STEPHEN A. WILLIAMS

## FINAL STATUS REPORT

October 4, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendant with possession of cocaine base with the intent to distribute within 1000 feet of a school, was returned on October 28, 2004;

2. The defendant was arraigned on the Superseding Indictment on November 23, 2004;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately one week;

5. The final resolution of the case has not been determined. The defendant remains in state custody in California where he is awaiting sentencing on or about October 19, 2005;

6. As of the date of this Final Status Report, the parties have agreed to exclude time through October 19, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

  /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge