UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                CRIMINAL ACTION
                                 NO.  04-10026-PBS

      v.

STEPHEN A. WILLIAMS


**NOTICE OF INITIAL PRETRIAL CONFERENCE**


SARIS, U.S.D.J.                                              October 4, 2005


       TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **November 8, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.


                                         By the Court,


                                         _/s/ Robert C. Alba
                                         Deputy Clerk


Copies to:  All Counsel