UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10026-PBS |
| | ) | |
| STEPHEN WILLIAMS, | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF PAUL R. MOORE**

Please enter and add the appearance of Assistant U.S. Attorney Paul R. Moore for the United States of America in the above-captioned matter.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                By:    /s/ Paul R. Moore
                                              PAUL R. MOORE
                                              Assistant U.S. Attorney
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
Date: October 31, 2005                     (617) 748-3654

CERTIFICATE OF SERVICE

Suffolk, ss.                                              Boston, Massachusetts
                                                             October 31, 2005

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel, Leslie Feldmam-Rumpler, Esq., via electronic filing.

                                                         /s/ Paul R. Moore
                                                        Paul R. Moore
                                                        Assistant U.S. Attorney