UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                              CRIMINAL ACTION
                              NO.   04-10026-PBS

    v.

STEPHEN A. WILLIAMS

## NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                            January 9, 2006

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **January 24, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                               By the Court,

                                                               _/s/ Robert C. Alba_
                                                              Deputy Clerk

Copies to:  All Counsel