UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   04-10026-PBS |
| v. | |
| STEPHEN A. WILLIAMS | |

### NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                                 March 16, 2006

    The Final Pretrial Conference previously scheduled for May 16, 2006, has been **rescheduled** to **May 15, 2006, at 2:00 p.m.**

                                  By the Court,

                                  _/s/ Robert C. Alba_
                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc