UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.   04-10026-PBS |
| v. | |
| STEPHEN WILLIAMS | |

### NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                              May 10, 2006

The Final Pretrial Conference previously scheduled for May 15, 2006, at 2:00 p.m., has been **rescheduled** to **May 15, 2006, at 10:30 a.m.**

**NOTE:** **Change is to time only.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc