UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>STEPHEN A. WILLIAMS      )<br>) | NO. 04-CR-10026-PBS |

**ASSENTED-TO MOTION TO RESCHEDULE HEARING DATE**

    The defendant, through his attorney, Harold H. Hakala, respectfully requests that the Court reschedule the hearing date of May 15, 2006 to July 18, 19, or 20, 2006. As grounds, therefore, counsel states that Mr. Williams is presently awaiting sentencing at Terminal Annex, Los Angeles, California, having been convicted of arson. The defendant is facing a sentence of twenty-five years to life. The date for sentencing is June 19, 2006. The defendant stipulates that the time from the date of this motion through the next scheduled date be excluded under the Speedy Trial Act.

Respectfully submitted,

By: '/s/Harold H. Hakala'
Harold H. Hakala
Attorney for the Defendant
15 Court Square
Boston, MA 02108
BBO No. 216940

    I hereby certify that a true copy of the above document was served upon Assistant United States Attorney Paul R. Moore, United States Attorney's Office, One Courthouse Way, Boston, MA 02210, and the attorney of record for each other party by mail/hand/fax on this date.

_____
Harold H. Hakala

May 11, 2006