UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10026-PBS |
| STEVEN A. WILLIAMS,<br>          Defendant. | ) ) ) ) | |

## JOINT MOTION TO CONTINUE TRIAL

The government and the defendant hereby respectfully request, by and through United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore and Harold H. Hakala, Esq., that this Honorable Court continue the trial in this matter from July 24, 2006, to a date subsequent to disposition of a matter relating to Mr. Williams now before the California state judiciary.

The parties have engaged in continuous discussions about disposition of this matter, short of trial. Both parties continue to believe that such will be the case, but that determination of the proper course in this matter cannot be intelligently determined until resolution of Mr. Williams' California disposition. It is therefore respectfully suggested that the trial should be taken off the calendar and that a status conference should be set in August or September, at which point the parties anticipate that they can fully advise the Court of the final status of this matter. The defendant further agrees to the exclusion of time through the date of any such status conference, as such a delay is in the interests of justice.

The government and the defendant, therefore, respectfully request that this Motion be granted and that the trial be continued and that a status conference be scheduled in August or

-1-

September of 2006.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


        STEVEN A. WILLIAMS
        Defendant

By:

        /s/ Harold H. Hakala, Esq. (By PRM w/ perm.)
        Harold H. Hakala, Esq.
        Counsel for Mr. Williams

DATE: July 10, 2006