UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO.: 04-10026-PBS |
| STEVEN WILLIAMS, Defendant. | ) ) ) ) | |

NOTICE TO THE COURT
REGARDING THE STATUS OF DEFENDANT
IN THE STATE OF CALIFORNIA

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully notifies the Court of the location and status of STEVEN WILLIAMS, the defendant in this matter, per the Court's "Order" of July 18, 2006.

WILLIAMS pled guilty earlier this year in a matter now pending in the Superior Court of California for the County of Los Angeles. The guilty plea was accepted by the Honorable Susan Speer, before whom the sentencing will ultimately occur. The clerk for Judge Speer is Judy Lamason. The only known phone number (others appear to be unpublished or otherwise unavailable) for Judge Speer is the Superior Court's general number, which is (818) 374-2711. If a more direct number becomes known to the undersigned, it will be provided to this Court.

WILLIAMS is currently being held at the Men's Central Jail[1] in Los Angeles, California, after having pled guilty to committing arson in the State of California. Sentencing in that matter

---

[1] Located at 441 Bauchet Street, Los Angeles, California, 90012.

1

has been delayed pending an appeal on the issue of whether the State of California sufficiently proved one of WILLIAMS'S three predicate offenses, which - if proven - renders him eligible for a mandatory life sentence under California law. WILLIAMS'S Motion to Appeal (prior to imposition of any sentence in the matter) has been filed (last week) with the Second District Court of Appeal. At this time, neither the defendant nor the State of California have filed briefs nor has the Court of Appeal scheduled appearances by the parties for argument or any hearing.

During the plea and through September of 2006, the State of California is and will be represented by Deputy District Attorney Lisa Tanner. Beginning in September of 2006, Deputy District Attorney Garrett Dameron will assume control over the case for the government. Deputy District Attorney Tanner's contact telephone number is (818) 374-2454.

WILLIAMS is currently represented by Richard Petherbridge, a Los Angeles County Public Defender. The contact telephone number for Mr. Petherbridge is (818) 374-2882.

It is the government's view (the undersigned) that the California sentencing will be dispositive in the current matter before this Court. The undersigned believes that is also the view of the defendant. The rationale underlying that belief is that Mr. Williams would face approximately 21 years of imprisonment in California in the event he would win his current Motion (the government considers this to be unlikely). Such period of incarceration is virtually identical to that which the defendant would face in this matter, should he plead guilty. The government and defendant also believe it is quite possible that this Court might well impose a concurrent sentence in the event of a guilty plea in the current matter.

Therefore, while it regrets the continued delay in the proceedings in California (which delay appears positioned to continue for a number of months) the government nonetheless

respectfully represents to this Court that the Court may ultimately find it is in the interests of all parties to continue the current trial date (September 25, 2006) so that a resolution to the matter beneficial to all parties may proceed.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                    By:    /s/ Paul R. Moore
                           Paul R. Moore
                           Assistant U.S. Attorney

July 27, 2006

## Certificate of Service

    I hereby certify that a true copy of this document was served upon counsel for the defendant via electronic notification on July 27, 2006.

                                              /s/ Paul R. Moore
                                              Paul R. Moore
                                              Assistant U.S. Attorney