SUSAN M. SPEER
Judge of the Los Angeles Superior Court
State of California
Department 116
14400 Erwin Street Mall
Van Nuys, California 91401
(818) 374-2710

USDC – MA
04-CR-10026-PBS

**FILED**
LOS ANGELES SUPERIOR COURT
AUG 04 2006
JOHN A. CLARKE, CLERK
BY _____, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff, <br> vs. <br><br> STEPHEN A. WILLIAMS, <br><br> Defendant | CASE NUMBER: LA 042958 <br><br> DENIAL OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

THE COURT HAS READ AND CONSIDERED THE WRIT OF HABEAS CORPUS AD PROSEQUENDUM for the body of Stephen A. Williams for trial in case of United States of America vs. said Stephen A. Williams in CR Number 04-010026-PBS, dated July 18, 2006.

The Court respectfully declines said writ, as Stephen A. Williams is pending trial in this jurisdiction on multiple serious felonies. Once proceedings have concluded in this jurisdiction, said defendant will be transported to the jurisdiction of Massachusetts as requested.

IT IS SO ORDERED.

Dated: August 4, 2006

_Susan M. Speer_
SUSAN M. SPEER
Judge of the Superior Court
County of Los Angeles, California