UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Men's Central Jail, 441 Bauchet Street, Los Angeles, CA.

YOU ARE COMMANDED to have the body of Stephen A. Williams* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on March 22, 2007, at 2:00 p.m. for the purpose of a Pretrial Conference in the case of United States of America V. Stephen A. Williams, CR Number 04-10026-PBS. And you are to retain the body of said Stephen A. Williams while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Stephen A. Williams to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 27th day of February, 2007.

* D.O.B: 1971
  SS# unknown

PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk

By: /s/ Robert C. Alba
SEAL        Deputy Clerk