UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

STEPHEN WILLIAMS

Criminal No. 04-10026-PBS

**PRETRIAL ORDER**

After an ~~Initial Pretrial~~ STATUS Conference held on __8-1__, it is hereby ORDERED that:

1.  A hearing on any motion to dismiss, suppress, sever, or other issue that must be resolved prior to trial will be held on _____, at _____.

2.  Trial shall commence on __9-17-07__, at __9:00__.

3.  The government shall by __8-22-07__,[1] disclose to the defendant:

    (a) The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

    (b) A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4.  Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in-chief shall be produced by __8-22-07__.

5.  The parties shall by __9-10-07__ file proposed voir dire questions, proposed jury instructions, any motions in limine with supporting memoranda, and a trial brief.[2] Replies to any motion in limine shall be filed by __9-13-07__.

---

[1] This date will ordinarily be 21 days before trial unless the declination procedure provided by L.R. 116.6 has been invoked before the Initial Pretrial Conference. See L.R. 117.1(A)(4). The judge who will preside at trial may, however, establish a date different from any date provided by L.R. 117.1 if the judge determines that there are factors in the particular case that make it in the interests of justice to do so. See L.R. 117.1(B).

[2] The reference to a trial brief should be deleted if it is not appropriate to require that one be filed. See L.R. 117.1(A)(7).

[kptrlo.]

6.  The government shall by ___8.22.07___ .[3]

   (a)  Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness.

   (b)  Provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

7.  The defendant shall by ___8.22.07___ .[4]

   (a)  Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

   (b)  Provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

8.  The parties shall by ___9.10.07___, file a written stipulation of any facts that they agree are not in dispute.

---

[3]Absent an objection, this date will ordinarily be 7 days before trial. See L.R. 117.1(A)(8). However, if either party objects to the pretrial disclosure of its witnesses, the court will decide whether such disclosure should be ordered. Id.

[4]Absent an objection, this date will ordinarily be 3 days before trial. See L.R. 117.1(A)(9). However, if either party objects to the pretrial disclosure of its witnesses, the court will decide whether such disclosure should be ordered. Id.

9.   The Final Pretrial Conference shall be held on ___9-13-07___,[5]
at __3:30 PM__

10.   The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h), for the reasons stated at the Initial Pretrial Conference:[6] _____

_____

_____

_____

11.   _____

_____

_____

**NOTE:** IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.

_8/1/07_
DATE

_[signature]_
UNITED STATES DISTRICT COURT

(Pretrial Order - Criminal.wpd - 7/99)                              [ kptrlo.]

---

[5] The Final Pretrial Conference will ordinarily be held not more than 7 days before the trial date. See L.R. 117.1(A)(11).

[6] See L.R. 112.2(B)

# PRISONER PROPERTY AND ATTIRE

08/01/06

### PROPERTY

Cellblock personnel are not authorized to accept property.

The arresting agency, or attorney of record, is responsible for all excess property.

After 30 days, abandoned property will be destroyed or donated to charity.

### ATTIRE

USMS detainees will be transported in authorized jail attire.

USMS detainees will appear in court dressed in the attire they arrive in.

Detainees standing jury trail will be dressed in court attire.

The attorney of record will personally provide trial attire at 8:30 AM daily.

Property must be delivered to cellblock personnel and must not be left unattended.

All property entering the secure area will be searched by USMS personnel.

The attorney will remove court attire immediately after adjournment each day.

Acceptable Attire Includes One From Each Category:

> Jacket or Blazer
> Slacks, Dress, or Skirt
> Shirt
> Tie
> Belt
> Dress Shoes with 1" heel, or less

> Undergarments will not be accepted.

Trial issues, special circumstances, and options for trials expected to last longer than one week should be made through the Operations Supervisor and his/her designee at least one week in advance.

William Fallon
United States Marshal