UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10026-PBS |
| v. ) | |
| ) | |
| STEVEN A. WILLIAMS, ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S NOTICE TO COURT

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby notifies the court of its decision to move to dismiss the Indictment in the above-captioned matter (filed this day).  The government reached this decision based on the defendant's recent sentence in California, which imposed a period of imprisonment on the defendant that ranges from 35 years to life.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                      By:   /s/ Paul R. Moore
                             Paul R. Moore
                             Assistant U.S. Attorney

August 29, 2007

## **CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                  Boston, Massachusetts
                                                                                                     August 29, 2007

      I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served this document, via electronic filing, to the attorney on record for the defendant in this matter.

                                                                                /s/ Paul R. Moore
                                                                                Paul R. Moore
                                                                                Assistant U.S. Attorney