**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.:04-10026-PBS |
| | ) |
| STEVEN A. WILLIAMS, | ) |
| Defendant. | ) |
| | ) |

**DISMISSAL OF INDICTMENT**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the original Indictment filed against the defendant in this matter. As grounds for the instant dismissal, the undersigned states that further prosecution of the Indictment would not be in the interests of justice, as the defendant was recently sentenced in California state court to a term of imprisonment of 35 years to life..

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL K. LOUCKS
Acting United States Attorney

Date: 8/27/7

Leave to File Granted:

_____
HONORABLE PATTI B. SARIS
United States District Judge

Date: 8/30/07